

4/15/25, 8:49 AM
Heather Wyatt (...) I will continue this fight for Aubreigh Wyatt. Non-Stop. My daughter's death will NOT be in vain. The pain and sufferi…
Case 1:25-cv-00098-TBM-RPM    Document 8-3    Filed 04/21/25    Page 2 of 4

# Instagram

Log In    Sign Up



**heather_wyatt715**  • Follow
Original audio

YOU, I have my platform back, my voice back, and the strength to keep going.

In addition, so many of you helped financially. Your generosity gave me the ability to immediately fight back and reclaim my voice. It didn't stop there—your continued support has provided the means to truly fight for my baby, to push forward with purpose and passion. To legally fight this! I am beyond thankful for the encouragement, love, and belief you've poured into this mission.

I'm so excited to finally start sharing and showing just how impactful the GoFundMe has been. You all have helped make this happen! My heart is overwhelmed with gratitude.

And guess what? There's still more to come.



             

**23,480 likes**
February 10

Log in to like or comment.

More posts from heather_wyatt715

4/15/25, 8:50 AM                        Heather Wyatt () will continue this fight for Aubreigh. I Will. Not. Stop. My daughter's death will NOT be in vain. The pain and sufferi…

Case 1:25-cv-00098-TBM-RPM    Document 8-3    Filed 04/21/25    Page 3 of 4

# Instagram



**heather_wyatt715** • Follow
Original audio

helped make this happen! My heart is overwhelmed with gratitude.

And guess what? There's still more to come.

Thank you doesn't feel like enough, but please know that every single contribution is not just helping to create change—it's fighting for justice for Aubreigh.

Her story is far from over. And neither is this fight. We're just getting started.

Change doesn't come from silence. It doesn't come from cowering down to make others comfortable. Change is born from facing hard truths, demanding accountability, and standing up for those who can't protect themselves. Growth is uncomfortable, but silence allows the

**23,480 likes**
February 10

Log in to like or comment.

More posts from heather_wyatt715

Instagram

Log In Sign Up

Heather Wyatt is suing the Ocean Springs School District, alleging that daughter Aubreigh Wyatt was bullied for four years, in and out of sc death by suicide at ag

Wyatt has fil th lawsuit in Jackson Cour ere she is seeking an u n monetary damage over Aubreigh's suicide on Sept. 4, 2023. Her death, the lawsuit says, has caused her family "immense pain, suffering and loss of companionship."

heather_wyatt715 • Follow

Original audio

Her story is far from over. And neither is this fight. We're just getting started.

Change doesn't come from silence. It doesn't come from cowering down to make others comfortable. Change is born from facing hard truths, demanding accountability, and standing up for those who can't protect themselves. Growth is uncomfortable, but silence allows the very things we fear to thrive. I will never be silent, because the cost of silence is far too high.

I've paid the price, and am doing all I can to help others to never have to!

9w

23,480 likes

February 10

Log in to like or comment.

More posts from heather_wyatt715