**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**HEATHER WYATT, as Administratrix of**
**The Estate of Aubreigh Wyatt and HEATHER**
**WYATT, INDIVIDUALLY AND AS PARENT/**
**GUARDIAN OF AUBREIGH WYATT**                                    **PLAINTIFF**

**VERSUS**                                          **CAUSE NO. 1:25-cv-00098-TBM-RPM**

**OCEAN SPRINGS SCHOOL DISTRICT, OCEAN**
**SPRINGS BOARD OF TRUSTEES, OCEAN**
**SPRINGS SCHOOL DISTRICT SUPERINTENDENT;**
**OCEAN SPRINGS UPPER ELEMENTARY; TEACHERS**
**A-Z, LUNCH AIDES A-Z, SCHOOL NURSES A-Z,**
**LIBRARIANS A-Z, JOHN DOES 1-20; SCHOOL**
**COUNSELORS A-Z, SCHOOL ADMINISTRATORS A-Z,**
**And OCEAN SPRINGS MIDDLE SCHOOL: TEACHERS**
**A-Z, LUNCH AIDES A-Z, SCHOOL NURSES A-Z,**
**LIBRARIANS A-Z, JOHN DOES 1-20; SCHOOL**
**COUNSELORS A-Z, SCHOOL ADMINISTRATORS A-Z**              **DEFENDANTS**

---

**MOTION OF THE McCLATCHY COMPANY, LLC (the SUN HERALD NEWSPAPER)**
**TO INTERVENE TO OBJECT TO DEFENDANTS' MOTION TO SEAL AMENDED**
**COMPLAINT [DOC. 2] AND MOTION FOR AN ORDER OF SUPPRESSION ("GAG**
**ORDER") [DOC. 8]**

---

COMES NOW The McClatchy Company, LLC which publishes the *Sun Herald* newspaper in Gulfport, Mississippi and moves the Court for an order allowing it to intervene and afterwards to file its brief in opposition to Defendants Motion to Seal Amended Complaint [Doc. 2] and Motion for an Order of Suppression ("Gag Order") [Doc. 8].

If Movant is allowed to intervene, it will fully brief the specific legal and factual bases which require the Court to deny Defendants' Motion to Seal Amended Complaint [Doc. 2] and Motion for an Order of Suppression ("Gag Order") [Doc. 8].

Respectfully submitted, this the 25th day of April, 2025.

             The McClatchy Company, LLC

        By: s/ Henry Laird
           HENRY LAIRD (MSB 1774)
           Wise Carter Child & Caraway, P.A.
           2510 14th Street, Suite 1125
           Gulfport, MS 39501
           Telephone: 228/867-7141
           Email: hfl@wisecarter.com

## **CERTIFICATE OF SERVICE**

I, Henry Laird, hereby certify that the foregoing document has been filed with the Clerk of Court using this Court's ECF system which sent notification to all counsel of record.

SO CERTIFIED, this the 25th day of April, 2025.

By: S/ Henry Laird
HENRY LAIRD (MSB 1774)
Wise Carter Child & Caraway, P.A.
2510 14th Street, Suite 1125
Gulfport, MS 39501
Telephone: 228/867-7141
Email: hfl@wisecarter.com