IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

HEATHER WYATT, as Administratrix of
the Estate of Aubreigh Wyatt and HEATHER WYATT,
INDIVIDUALLY AND ON AS PARENT/
GUARDIAN OF AUBREIGH WYATT                                                   PLAINTIFF

VERSUS                                         CAUSE NO. 1:25-CV-00098-TBM-RPM

OCEAN SPRINGS SCHOOL DISTRICT, OCEAN
SPRINGS BOARD OF TRUSTEES, OCEAN
SPRINGS SCHOOL DISTRICT SUPERINTENDENT,
OCEAN SPRINGS UPPER ELEMENTARY: TEACHERS
A-Z, LUNCH AIDES A-Z, SCHOOL NURSES A-Z,
LIBRARIANS A-Z, JOHN DOES 1-20; SCHOOL
COUNSELORS A-Z, SCHOOL ADMINISTRATORS A-Z,
OCEAN SPRINGS MIDDLE SCHOOL: TEACHERS
A-Z, LUNCH AIDES A-Z, SCHOOL NURSES A-Z,
LIBRARIANS A-Z, JOHN DOES 1-20; SCHOOL
COUNSELORS A-Z, SCHOOL ADMINISTRATORS A-Z,
                                                                              DEFENDANT

## ENTRY OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff.

Date: May 5, 2025

Kimberly M. Papania
MS Bar Id # 105463
P.O. Box 7544
Gulfport, MS 39501
kpapanialaw@outlook.com
228-264-0933