**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DISTRICT**

| | |
|---|---|
| **HEATHER WYATT, as Administratrix of**<br>**the Estate of AUBREIGH WYATT, HEATHER**<br>**WYATT, Individually, and as the**<br>**Parent/Guardian of AUBREIGH WYATT,** | **PLAINTIFF** |
| | |
| **v.** | **CIVIL CAUSE NO. 1:24-cv-98** |
| | |
| **OCEAN SPRINGS SCHOOL DISTRICT;**<br>**OCEAN SPRINGS BOARD OF EDUCATION;**<br>**and JOHN DOES 1–20,** | **DEFENDANTS** |

<u>**MOTION TO WITHDRAW AS COUNSEL**</u>

**COMES NOW**, Kimberly M. Papania, counsel of record for Plaintiff, Heather Wyatt, and respectfully moves this Court for leave to withdraw as counsel of record in the above-styled and numbered cause, pursuant to Federal Rule of Civil Procedure 7(b), Local Uniform Civil Rule 83.1(b)(3), and Rule 1.16(a)–(b) of the Mississippi Rules of Professional Conduct.

In support of this motion, undersigned counsel states the following the attorney-client relationship has deteriorated to a point that continued representation would not be consistent with professional and ethical obligations. Specifically, Plaintiff has requested that counsel withdraw from representation; however, Plaintiff has not yet signed a written acknowledgment of this request. To protect Plaintiff's interests undersigned counsel respectfully requests leave to withdraw.  Counsel believes if any further explanation is requested it would undoubtedly violate privileged communications and confidentiality.

Undersigned counsel respectfully requests that the Court stay all current deadlines for thirty (30) days from the date of any order granting this motion to allow Plaintiff reasonable time to obtain substitute counsel. Granting this motion and brief stay will not prejudice Defendants or cause unnecessary delay.

**WHEREFORE**, considered, undersigned counsel respectfully requests that the Court grant this Motion, allowing Kimberly M. Papania to withdraw as attorney of record, stay all deadlines for thirty (30) days, and for such other relief as the Court deems just and proper.

Respectfully submitted, this the 7th day of October, 2025.

Attorney for Plaintiff,

BY: */s/Kimberly M. Papania*
Kimberly M. Papania

Kimberly M. Papania ,Esq.
(MSB #105463)
P.O. Box 7544
Gulfport, MS 39507
Tel: (228) 264-0933
Email: kpapanialaw@outlook.com

## CERTIFICATE OF SERVICE

I, Kimberly M. Papania, hereby certify that I have this day served a true and correct copy of the foregoing Motion to Withdraw as Counsel upon all counsel of record and the Plaintiff, Heather Wyatt, via United States Mail, postage prepaid, addressed to her last known address at 3816 Timberlake Drive, Ocean Springs, MS 39564.

*/s/ Kimberly M. Papania*
KIMBERLY M. PAPANIA, MSB 105463