## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| HEATHER WYATT, as Administratrix of the Estate of Aubreigh Wyatt and HEATHER WYATT, INDIVIDUALLY AND AS PARENT/ GUARDIAN OF AUBREIGH WYATT | PLAINTIFF |
| VS | CAUSE NO: 1:25-cv-00098-TBM-RPM |
| OCEAN SPRINGS SCHOOL DISTRICT, ET AL. | DEFENDANTS |

### RESPONSE TO MOTION TO WITHDRAW FILED BY KIMBERLY PAPANIA

Comes Now, Ocean Springs School District, et al., ("the School District" or "the District") and serves this response to the motion to withdraw as counsel for the Plaintiff filed by Kimberly Papania, Esq.

The School District takes no position on the merits of the motion to withdraw as counsel by Ms. Papania. The School District does, however, ask that the time for finding new counsel be limited to twenty one (21) days or less.

As the Court is aware, Heather Wyatt is a prolific user of social media. She posted a month ago on Facebook she was firing her attorney, that she was actively seeking new counsel, and sought recommendations for new counsel, and appears to have admitted to attempting ex parté communication with the Court about this issue.[1]

Ms. Wyatt has already *had* a month to seek new counsel. An additional month, plus the time between filing the motion and the Court ruling, is excessive and it does prejudice the School District.

---

[1] See Heather Wyatt's Facebook post, September 11, 2025 at 1:20 p.m.

A motion to dismiss has been on record for six months. It is fully briefed and awaiting Court action. The change of counsel for Plaintiff will necessarily cause further delay in resolution of this dispositive motion, in a case which has already been beset by multiple delays not caused by the District.

The School District therefore requests yet more undue delay be minimized as much as possible should the Court allow counsel for the Plaintiff to withdraw at time.

Respectfully submitted, this the 7th day of October, 2024.

OCEAN SPRINGS SCHOOL DISTRICT, OCEAN SPRINGS BOARD OF TRUSTEES, OCEAN SPRINGS SCHOOL DISTRICT SUPERINTENDENT

BY: *Allison P. Fry*
ALLISON P. FRY, MSB 100725

STEVEN L. LACEY (MBN 99888)
Sherman & Lacey, LLC
P.O. Box 2681
Madison, MS 39130
Direct: (601) 750-3415
Email: slacey@shermanlaceylaw.com

ALLISON P. FRY, MSB 100725
Sherman & Lacey, LLC
504 Naples Road
Jackson, MS 39206
Tel:    (601) 519-7556
Email: afry@shermanlaceylaw.com

## CERTIFICATE OF SERVICE

  I, Allison P. Fry, do hereby certify that I have this day caused to be served a true and correct copy of the foregoing document via the Court's Electronic Case Filing system to all counsel of record registered to receive such notices.

                /s/ Allison P. Fry
                ALLISON P. FRY, MSB 100725