IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



HEATHER WYATT, as Administratix of
The Estate of Aubreigh Wyatt, and HEATHER
WYATT, INDVIDUALLY AND AS PARENT/
GUARDIAN OF AUBREIGH WYATT

                              PLAINTIFF

VS                                      CAUSE NO: 1:25-cv-00098-TBM-RPM

OCEAN SPRINGS SCHOOL DISTRICT, ET AL.          DEFENDANTS

---

### PRO SE PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

---

COMES NOW, Plaintiff, Heather Wyatt, Pro Se, and submits this Response to the Court's November 5, 2025 ORDER TO SHOW CAUSE [41] and states as follows:

1. Probate proceedings have not been initiated for the Estate of Aubreigh Wyatt. Plaintiff previously believed that any actions relating to estate requirements or documentation would have been handled by Plaintiff's counsel.

2. Plaintiff has recently discovered that her counsel never initiated probate proceedings and since this has never been initiated, there have been no probate proceedings before, during, or after the filing of this lawsuit.

3. Plaintiff has not been formally appointed as Administratrix of the Estate through any Probate Court Order.

4. Plaintiff had been Court appointed full legal and physical custody of Aubreigh, and was such at the time of her passing. Aubreigh's biological father is living but did not have

custody. Plaintiff acknowledges that probate proceedings may be required to properly formalize Administratrix authority and determine heirs under Mississippi law.

5. Plaintiff respectfully requests that the Court allow thirty (30) days from the date an Order granting prior counsel's withdrawal is entered, to secure substitute counsel. Plaintiff has continuously attempted to do find replacement counsel but has not yet received her complete case file from prior counsel despite repeated requests since September. Plaintiff has also reached out to other counsel; however, attorneys have informed Plaintiff they are unable to discuss representation or provide legal advice while Plaintiff remains technically represented by prior counsel under ethical rules. Plaintiff requires her full case file in order to meaningfully consult with and retain new counsel.

6. Plaintiff further states that upon obtaining substitute counsel, Plaintiff will immediately initiate probate proceeding if required in order to formalize appointment as Administratrix so that the estate may properly proceed.

WHEREFORE, Plaintiff respectfully requests that this Court allow thirty (30) days from the date an Order granting prior counsel's withdrawal is entered, for Plaintiff to secure substitute counsel, and for such other relief as the Court deems just and proper.

Respectfully submitted, this the 12 day of November, 2025.

Heather Wyatt, Plaintiff Pro Se
3816 Timberlake Drive
Ocean Springs, MS 39564
Phone: (228) 233-5005
Email: **hd_wyatt@hotmail.com**

## CERTIFICATE OF SERVICE

I, Heather Wyatt, hereby certify that I filed the foregoing with the Clerk of Court, in person, and sent via US Certified Mail a copy to the Defendants.

This  12  of November, 2025.

*Heather Wyatt*

Heather Wyatt, Plaintiff Pro Se