UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HEATHER WYATT, as Administratrix of the**
**Estate of Aubreigh Wyatt and Individually**
**and as Parent/Guardian of Aubreigh Wyatt**                              **PLAINTIFF**

v.                                                      Civil Action No.: 1:25-cv-98-TBM-RPM

**OCEAN SPRINGS SCHOOL DISTRICT, et al**                              **DEFENDANTS**

**ENTRY OF APPEARANCE**

  **COMES NOW**, Attorney **DANIEL M. WAIDE** and hereby enters and files this Entry of Appearance as counsel of record for Plaintiff, **HEATHER WYATT.**

  Respectfully submitted this the 6th day of January, 2026.

            **HEATHER WYATT**
            **PLANITIFF**


          By:  /s/ Daniel M. Waide
            DANIEL M. WAIDE, MSB #103543
            Attorney for Plaintiff

Daniel M. Waide, (MSB#103543)
1300 Hardy St.
PO Box 17738
Hattiesburg, MS 39404
601-582-4553 (Office)
601-582-4556 (Fax)
dwaide@jhrlaw.net

## **CERTIFICATE OF SERVICE**

      I, Daniel M. Waide, do hereby certify that I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      THIS the 6th day of January, 2026

                                         By: /s/ Daniel M. Waide
                                              DANIEL M. WAIDE, MSB #103543
                                              Attorney for Plaintiff

Daniel M. Waide, (MSB#103543)
1300 HARDY ST.
PO BOX 17738
HATTIESBURG, MS 39404
601-582-4553 (OFFICE)
601-582-4556 (FAX)
dwaide@jhrlaw.net