UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HEATHER WYATT, as Administratrix of the
Estate of Aubreigh Wyatt and Individually
and as Parent/Guardian of Aubreigh Wyatt**                                    **PLAINTIFF**

**v.**                                                                                   Civil Action No.: 1:25-cv-98-TBM-RPM

**OCEAN SPRINGS SCHOOL DISTRICT, et al**                                    **DEFENDANTS**

---

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE SUBPOENA DUCES TECUM
OUTSIDE OF DISCOVERY**

---

COMES NOW Plaintiff, by and through counsel, and files this, her Motion for Leave to Serve Subpoena Duces Tecum upon Kimberly Papania Outside of Discovery and would show unto this Honorable Court the following, to-wit:

1. Undersigned Counsel entered an appearance on behalf of Plaintiff on January 6, 2026 [45].

2. In a telephonic status conference held on January 8, 2026, the Court ordered that all motions for amended pleadings are due by February 9, 2026.

3. Upon entering his appearance, Undersigned Counsel attempted to obtain the entire case file from former counsel, Kimberly Papania.

4. Despite several emails to follow up, Undersigned Counsel still has not received the entire file. **Exhibit A, email chain**. Ms. Papania has uploaded several photos to the Dropbox link she was provided, but nothing that can be used to aid Undersigned Counsel in fully proceeding in this matter beyond amending the complaint.

5. Undersigned Counsel respectfully requests that be able to issue and serve a subpoena duces tecum upon Kimberly Papania in order to obtain the entire file on Heather Wyatt

1

so that Undersigned Counsel can efficiently and properly amend the pleadings and pursue this matter to the fullest.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court make and enter its Order granting this Motion for Leave to Serve Subpoena Duces Tecum Outside of Discovery.

Respectfully submitted this the 9th day of February, 2026.

                                               **HEATHER WYATT**
                                               **Plaintiff**

                                               ___*/s/ Daniel Waide*_____
                                               DANIEL M. WAIDE
                                               MS BAR NO. 103543

Daniel M Waide, MS Bar #103543
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, MS 39401
T: (601) 812-5159
dwaide@jhrlaw.net

## CERTIFICATE OF SERVICE

    I, Daniel M. Waide, do hereby certify that I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    THIS the 9th day of February, 2026.

                                                                          */s/Daniel M. Waide*
                                                                          DANIEL M WAIDE

Daniel M Waide, MS Bar #103543
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, MS 39401
T: (601) 582-4553
dwaide@jhrlaw.net