**Brittany**

| | |
|---|---|
| From: | Daniel Waide |
| Sent: | Tuesday, February 3, 2026 11:21 AM |
| To: | kimberly papania; Jennifer Aldridge; Brittany |
| Subject: | RE: Heather Wyatt v. Ocean Springs School District, et al |

Kimbelry

It still looks like we are missing a good bit. Can you just upload a copy of the entire file you have for Ms. Wyatt?

**From:** kimberly papania <kpapanialaw@outlook.com>
**Sent:** Tuesday, January 20, 2026 4:45 PM
**To:** Daniel Waide <dwaide@jhrlaw.net>; Jennifer Aldridge <legal@jhrlaw.net>; Brittany <brichards@jhrlaw.net>
**Subject:** Re: Heather Wyatt v. Ocean Springs School District, et al

Mr. Waide I think I started uploading them today. I have been in circuit court all day but I think (if I did it right) uploaded the forensic phone evaluation. Please advise if those records are not in the Dropbox. I will continue after hours as necessary to make sure you have what you need.

*Kimberly M. Papania, Esq.*
Attorney at Law
P.O. Box 7544
Gulfport, MS 39501
Cell: 228-264-0933
kpapanialaw@outlook.com
kpapania1@gmail.com



Get Outlook for iOS

**From:** Daniel Waide <dwaide@jhrlaw.net>
**Sent:** Tuesday, January 20, 2026 4:32:21 PM
**To:** Jennifer Aldridge <legal@jhrlaw.net>; kimberly papania <kpapanialaw@outlook.com>; Brittany <brichards@jhrlaw.net>
**Subject:** RE: Heather Wyatt v. Ocean Springs School District, et al

1


EXHIBIT A

Ms. Papania,

I wanted to check on the status of getting the records uploaded so we can work on the Amended Pleadings.

Thankyou

---

**From:** Jennifer Aldridge <legal@jhrlaw.net>
**Sent:** Friday, January 16, 2026 11:26 AM
**To:** kimberly papania <kpapanialaw@outlook.com>; Brittany <brichards@jhrlaw.net>; Daniel Waide <dwaide@jhrlaw.net>
**Subject:** Re: Heather Wyatt v. Ocean Springs School District, et al

Good morning, Ms. Papania.

Please upload any documentation to the Dropbox link below:

https://www.dropbox.com/scl/fo/poj8ww79r7mngbjekmkhy/ALtzKIKrEsyyvNDnfLTTMzg?rlkey=tdaj1n2h8bvawwg1bjo3w79em&st=mr0qmiib&dl=0

Please let me know if you have any issues accessing the Dropbox folder, or have other concerns related to this matter.

Thank you,

**Jennifer Aldridge**
**Discovery and Witness Coordinator**
**JOHNSON, RATLIFF & WAIDE, PLLC**
1300 Hardy Street, Second Floor
Hattiesburg, MS 39401
PO Box 17738
Hattiesburg, MS 39404
601-582-4553 (Office)
601-582-4556 (Fax)
legal@jhrlaw.net

---

**From:** kimberly papania <kpapanialaw@outlook.com>
**Sent:** Friday, January 16, 2026 10:33 AM
**To:** Brittany <brichards@jhrlaw.net>; Daniel Waide <dwaide@jhrlaw.net>; Jennifer Aldridge <legal@jhrlaw.net>
**Subject:** Re: Heather Wyatt v. Ocean Springs School District, et al

Great. That would be very helpful. Thank you!

*Kimberly M. Papania, Esq.*
Attorney at Law

2

EXHIBIT A

P.O. Box 7544
Gulfport, MS 39501
Cell: 228-264-0933
kpapanialaw@outlook.com
kpapania1@gmail.com



Get Outlook for iOS

---

**From:** Brittany <brichards@jhrlaw.net>
**Sent:** Friday, January 16, 2026 10:31:39 AM
**To:** kimberly papania <kpapanialaw@outlook.com>; Daniel Waide <dwaide@jhrlaw.net>; Jennifer Aldridge <legal@jhrlaw.net>
**Subject:** RE: Heather Wyatt v. Ocean Springs School District, et al

Ms. Papania,

I am copying Jennifer, our discovery paralegal, so she can send you a dropbox link and you can upload everything to that rather than send several emails. Please let me know if you have any questions or issues with the link Jennifer sends. Thank you!

**Brittany Richards**
**Paralegal / Case Manager to Daniel M. Waide**
**Johnson, Ratliff & Waide, PLLC**
**1300 Hardy St.**
**Great Southern Bank Building – Second Floor**
**PO Box 17738**
**Hattiesburg, MS 39404**
paralegal@jhrlaw.net
**(601) 582-4553 (Office)**
**(601) 582-4556 (Fax)**

---

**From:** kimberly papania <kpapanialaw@outlook.com>
**Sent:** Friday, January 16, 2026 9:35 AM
**To:** Daniel Waide <dwaide@jhrlaw.net>; Brittany <brichards@jhrlaw.net>
**Subject:** Re: Heather Wyatt v. Ocean Springs School District, et al

Mr. Waide,

Would you have an issue with me sending the records via email attachments? It will likely take several emails to do so but I can work on doing so asap.

3

**EXHIBIT A**

*Kimberly M. Papania, Esq.*
Attorney at Law
P.O. Box 7544
Gulfport, MS 39501
Cell: 228-264-0933
kpapanialaw@outlook.com
kpapania1@gmail.com



Get Outlook for iOS

---

**From:** Daniel Waide <dwaide@jhrlaw.net>
**Sent:** Friday, January 16, 2026 9:28:41 AM
**To:** kimberly papania <kpapanialaw@outlook.com>; Brittany <brichards@jhrlaw.net>
**Subject:** RE: Heather Wyatt v. Ocean Springs School District, et al

I have until February 9 to file for a new amended complaint. Hence why we are in need of the files asap.

---

**From:** kimberly papania <kpapanialaw@outlook.com>
**Sent:** Friday, January 16, 2026 9:27 AM
**To:** Brittany <brichards@jhrlaw.net>
**Cc:** Daniel Waide <dwaide@jhrlaw.net>
**Subject:** Re: Heather Wyatt v. Ocean Springs School District, et al

Mrs. Richards,

Good morning. I am in receipt of the letter and email. I am working on getting Mr. Wade a response letter. Now that I have been granted permission to withdraw I am diligently working to provide the entire file to Mr. Waide and Ms. Wyatt as promptly as possible. It is a large case file so I will get everything duplicated (including Zip drives) and dropped off to Mr. Waide as soon as possible.

When I have the files (including Zip drives) ready I will reach out to see if Mr. Waide will be on the coast for drop off and if necessary, I will drop the duplicate case file (including Zip drives) to your office in Hattiesburg. Thank you for your patience in this matter and in the meantime if Mr. Waide needs anything specific I can make sure to prioritize that immediately.

4
EXHIBIT A

There is a scheduling order in this matter and, while I am certain Mr. Waide has access to the scheduling order, I am working to provide those deadlines for Mr. Waide.  My cell phone number is 228-264-0933 please don't hesitate to give me a call.

*Kimberly M. Papania, Esq.*
Attorney at Law
P.O. Box 7544
Gulfport, MS 39501
Cell: 228-264-0933
kpapanialaw@outlook.com
kpapania1@gmail.com



Get Outlook for iOS

**From:** Brittany <brichards@jhrlaw.net>
**Sent:** Tuesday, January 13, 2026 3:32 PM
**To:** kpapanialaw@outlook.com <kpapanialaw@outlook.com>
**Cc:** Daniel Waide <dwaide@jhrlaw.net>
**Subject:** RE: Heather Wyatt v. Ocean Springs School District, et al

Ms. Papania,

Please see attached.

**Brittany Richards**
**Paralegal / Case Manager to Daniel M. Waide**
**Johnson, Ratliff & Waide, PLLC**
**1300 Hardy St.**
**Great Southern Bank Building – Second Floor**
**PO Box 17738**
**Hattiesburg, MS 39404**
paralegal@jhrlaw.net
**(601) 582-4553 (Office)**
**(601) 582-4556 (Fax)**

**From:** Brittany
**Sent:** Wednesday, January 7, 2026 3:01 PM
**To:** 'kpapanialaw@outlook.com' <kpapanialaw@outlook.com>

5

EXHIBIT A

**Cc:** Daniel Waide <dwaide@jhrlaw.net>
**Subject:** Heather Wyatt v. Ocean Springs School District, et al

Ms. Papania,

Please see the attached correspondence from Mr. Waide regarding the above-referenced matter. Thank you.

**Brittany Richards**
**Paralegal / Case Manager to Daniel M. Waide**
**Johnson, Ratliff & Waide, PLLC**
**1300 Hardy St.**
**Great Southern Bank Building – Second Floor**
**PO Box 17738**
**Hattiesburg, MS 39404**
paralegal@jhrlaw.net
**(601) 582-4553 (Office)**
**(601) 582-4556 (Fax)**

EXHIBIT A