**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**HEATHER WYATT, as Administratrix of the**
**Estate of Aubreigh Wyatt and Individually**
**and as Parent/Guardian of Aubreigh Wyatt**                    **PLAINTIFF**

**v.**                                        **Civil Action No.: 1:25-cv-98-TBM-RPM**

**OCEAN SPRINGS SCHOOL DISTRICT, et al**                    **DEFENDANTS**

**RULE 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Heather Wyatt

hereby files her Joint Stipulation of Dismissal with prejudice, as to all federal claims. All parties

will bear their own costs.

Respectfully submitted this the 26th day of May, 2026.

**COUNSEL FOR PLAINTIFF:**

   */s/ Daniel Waide*
DANIEL M. WAIDE
MS BAR NO. 103543

AGREED TO BY:

*/s/ Steven L. Lacey*
Steven L. Lacey (MSB #99888)
Allison P. Fry (MSB #100725)
Sherman & Lacey, LLC
**Attorneys for Defendants Ocean Springs**
**School District, Ocean Springs Board of Trustees,**
**Ocean Springs School District Superintendent**