**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

June 3, 2026

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste 2.500, ZIP 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 10 2026
ARTHUR JOHNSTON
BY                DEPUTY

Hon. Randy Carney
Circuit      Clerk of    Jackson    County
P.O. Box 998
Pascagoula, MS 39568

RE:    *Heather Wyatt vs. Ocean Springs School District, et al.*
Our Case No. 1:25cv98TBM-RPM
Your Case No. 30CI1:25-cv-00019-KJ

Dear Mr. Carney

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on        June 2, 2026      in the above-captioned case on the docket of our court.   Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at 228-563-1700       .

Sincerely Yours,

*ARTHUR JOHNSTON, CLERK*  By: _____, D. C.

### *ACKNOWLEDGEMENT OF RECEIPT*

*I hereby acknowledge receipt of the documents referred to above on this the* 5 *day of*
June *, 20* 26

CIRCUIT    CLERK OF   Jackson    COUNTY
By: _____ , D. C.

SEAL